Clay M. Gatens, WSBA #34105          HON. SALVADOR MENDOZA, JR.
Sally F. White, WSBA #49457
Devon A. Gray, WSBA #51485
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE RHODES, a single woman, and on behalf of others similarly situated, | NO. 2:17-CV-0093-SMJ |
| Plaintiffs, | NOTICE OF SETTLEMENT |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a National Banking Association, | |
| Defendant. | |

TO:          CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR COUNSEL

    PLEASE TAKE NOTICE that the parties have reached a settlement through mediation and are in the process of documenting the settlement. The parties respectfully request that the Court strike from the calendar all scheduled hearings and

NOTICE OF SETTLEMENT
Page 1
4257031

1
2
pending motions. The parties will promptly provide to the Court a proposed schedule

3
for seeking preliminary approval of the settlement.

4
         DATED this 20th day of December, 2017.

5
6
7
                              s/CLAY M. GATENS
                              CLAY M. GATENS, WSBA No. 34102
8
                              DEVON A. GRAY, WSBA No. 51485
9
                              JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
10
                              2600 Chester Kimm Road
                              P.O. Box 1688
11
                              Wenatchee, WA 98807-1688
12
                              Telephone: 509-662-3685
                              Fax: 509-662-2452
13
                              Email: Clayg@jdsalaw.com
14
                              Email: DevonG@jdsalaw.com

15
                              Attorneys for Plaintiff and Proposed Class
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF SETTLEMENT
Page 2
4257031

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Rudy A. Englund: | englundr@lanepowell.com |
| David C. Spellman: | spellmand@lanepowell.com |
| Jane E. Brown: | brownje@lanepowell.com |
| Jennifer Sheffield: | sheffieldj@lanepowell.com |

DATED at Wenatchee, Washington this 20th day of December, 2017.

s/CLAY M. GATENS
CLAY M. GATENS, WSBA No. 34102
Attorney for Plaintiffs
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone: 509-662-3685
Fax: 509-662-2452
Email: ClayG@jdsalaw.com

NOTICE OF SETTLEMENT
Page 3
4257031